■ PEOPLE ex rel. ARTHUR B. LLOYD, Appellant, v ROBERT J. HENDERSON, as Superintendent of Auburn Correctional

Facility, et al., Respondents.—Motion to withdraw as counsel and to dismiss appeal as moot denied. Cross motion to reassign counsel denied. Memorandum: The appeal, already dismissed, was abandoned and dismissed on July 17, 1990, and no order is necessary *(see,* 22 NYCRR 1000.3 [b] [2] [i]). Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.